CONCRETE STEEL COMPANY *v.* VANDENBURGH.

CERTIORARI TO THE CIRCUIT COURT OF APPEALS FOR THE SECOND CIRCUIT.

No. 238.   Argued January 17, 1923.—Decided February 19, 1923.

Decided upon the grounds expressed in *Vandenburgh* v. *Truscon Steel Co., ante,* 6.

278 Fed. 607, reversed.

CERTIORARI to a decree of the Circuit Court of Appeals sustaining a patent and awarding damages for infringement.

*Mr. Thomas J. Johnston,* with whom *Mr. Lucius E. Varney* was on the brief, for petitioner.

*Mr. O. Ellery Edwards* and *Mr. Carlos P. Griffin,* with whom *Mr. Joseph W. Cox* was on the brief, for respondent.

*Mr. Solicitor General Beck, Mr. Assistant Attorney General Lovett* and *Mr. Melville D. Church,* by leave of court, filed a brief on behalf of the United States, as *amici curiae.*

MR. CHIEF JUSTICE TAFT delivered the opinion of the Court.

This is a review of the decree of the Circuit Court of Appeals of the Second Circuit sustaining the validity of claim No. 3 of the Vandenburgh patent, just considered in the previous case of *Vandenburgh* v. *Truscon Steel Co., ante,* 6, and awarding $15,000 for profits to Vandenburgh for defendant's infringement. The two cases can not be distinguished. We must, therefore, reverse

the decree of the Circuit Court of Appeals of the Second
Circuit and direct the dismissal of the bill.

*Reversed.*